

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00263-CV

## IN RE PHILADELPHIA INDEMNITY INSURANCE COMPANY

### Original Proceeding

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 20-000962-CV-272

## MEMORANDUM OPINION

A Petition for Writ of Mandamus and a corresponding Emergency Motion for Temporary Relief were filed on August 12, 2022. Real Party in Interest, Sayers Construction, LLC, filed a notice that it filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on December 16, 2022. *See* TEX. R. APP. P. 8.1. Because further action in this proceeding could be subject to an automatic stay, *see* 11 U.S.C. § 362, we requested briefing from any party as to the impact, if any, of the bankruptcy filing on this proceeding. No response was received.

In an order issued on January 27, 2023, we stayed the proceeding for six months, and the parties were notified that unless reinstated on proper motion, this proceeding

would be administratively closed without further notice. Six months have passed and no reinstatement on proper motion was requested.

Accordingly, for administrative purposes, this proceeding is suspended and will be treated as closed unless reinstated on a proper motion. *See* TEX. R. APP. P. 8.2; 8.3.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

TOM GRAY<br>
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petition suspended; administratively closed
Opinion delivered and filed August 9, 2023
[OT06]

